

# NUMBER 13-19-00526-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**WILLIAM GILSON,** **Appellant,**

**v.**

**THE CINCINNATI INSURANCE COMPANY,** **Appellee.**

---

### On appeal from the 53rd District Court of Travis County, Texas.

---

# ORDER ABATING APPEAL

### Before Chief Justice Contreras and Justices Longoria and Perkes Order Per Curiam

This cause is before the Court on the appellant's unopposed motion to abate the appeal pending resolution of a separate action to enforce a settlement agreement that could render the appeal moot. The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the

unopposed motion to abate the appeal should be granted. The motion to abate the appeal pending resolution of a separate action that could render this appeal moot is GRANTED and this appeal is ordered ABATED until June 1, 2020.

The Court directs appellant to file, on or before June 1, 2020, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the 10th
day of January, 2020.

2